**Order entered November 4, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01463-CV

### CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH AND CREDIT SUISSE SECURITIES (USA) LLC, Appellants

### V.

### CLAYMORE HOLDINGS, LLC, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-07858-G**

## ORDER

We **GRANT** the November 1, 2016 motion for admission pro hac vice filed by Matthew Shahabian. We **DIRECT** the Clerk of this Court to add Matthew Shahabian as counsel pro hac vice for appellants.

/s/    CRAIG STODDART
       JUSTICE